# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CHARLES EDWARD NAYLOR, #09902**                      **PLAINTIFF**

v.                                          **CAUSE NO. 1:18-cv-225-LG-RHW**

**MDOC, MICHELLE HOLLOWAY,**
**ANGIE HOLLOWAY, JOSEPH ROBERT**                   **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, Naylor's § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i)-(ii).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, any habeas corpus claims Naylor may be asserting in this § 1983 case are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 24th day of October, 2018.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  UNITED STATES DISTRICT JUDGE